IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALVATORE CHIMENTI, ET AL. | : | CIVIL ACTION |
| v. | : | |
| JOHN WETZEL, ET AL. | : | NO. 15-3333 |

## ORDER

**AND NOW**, this 24th day of May, 2018, upon consideration of Plaintiffs' Renewed Motion for Class Certification (Docket No. 94), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1. This class shall proceed on behalf of the following class: all persons who are currently incarcerated in a Pennsylvania Department of Corrections facility with a diagnosed condition of Chronic Hepatitis C, and who have at least twelve (12) weeks or more remaining to serve on their sentences, and who have a life expectancy of over one year.

2. The class shall be represented by Plaintiffs Salvatore Chimenti, Daniel Leyva, and David Maldonado.

3. Pursuant to Federal Rule of Civil Procedure 23(g), David Rudovsky, Esq., Su Ming Yeh, Esq., Stephen D. Brown, Esq., Christine Levin, Esq., and Rose Marie Wong, Esq. are **APPOINTED** class counsel.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.