IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALVATORE CHIMENTI, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, ET AL. | : | NO. 15-3333 |

## ORDER

**AND NOW**, this 26th day of November, 2018, upon consideration of the parties' "Unopposed Motion For Preliminary Approval of Class Action Settlement" (Docket No. 125), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1. The Settlement Agreement entered into between the parties appears, upon preliminary review, to be fair, reasonable, and in the best interest of the Class and the Settlement Agreement is Preliminarily Approved.

2. On or before December 10, 2018, "Notice to the Class of the Settlement Agreement" shall be posted and distributed in accordance with Section 6, page 7, of the Settlement Agreement and Exhibit 2 to the Settlement Agreement. The Court finds that this manner of giving notice fully satisfies the requirements of Federal Rule of Civil Procedure 23 and due process, constitutes the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

3. Objections to or comments regarding the Settlement Agreement will be considered by the Court at the Final Approval Hearing if submitted to Class Counsel in writing on or before January 10, 2019. The objections or comments shall be sent to:

David Rudovsky, Esq.
Kairys, Rudovsky, Messing, Feinbuerg & Lin, LLP
718 Arch Street, Suite 501S
Philadelphia, PA  19106

and/or

Su Ming Yeh, Esq.
Pennsylvania Institutional Law Project
The Cast Iron Building
718 Arch Street, Suite 304 South
Philadelphia, PA  19106

4. The Parties shall file all Memoranda relating to final approval of the Settlement Agreement no later than January 24, 2019.

5. Class counsel shall forward copies of all objections to the Settlement Agreement to the Court and to the attorneys representing the Defendants no later than January 29, 2019.

6. The Court will hold a Final Approval Hearing pursuant to Federal Rule of Civil Procedure 23(e) on February 5, 2019 at 10:00 a.m. in Courtroom 17B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, to determine whether the proposed settlement is fair, reasonable, and adequate and should be granted final approval by the Court and whether attorneys' fees and costs should be awarded as set forth in Section 15, page 11, of the Settlement Agreement.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.