Smart Communications/PA DOC
William Hay HK-1864
SCI-Frackville
P.O. Box 33028
St. Petersburg, FL 33733



RECEIVED
JAN 11 2019

January 7, 2018      RE: Settlement Agreement
Chimenti V. DOC - NO. 15 Civ. 3333

Clerk of Courts
United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106

JAN 11 2019

Dear Sir/Madam:

    Enclosed, you will find my written objections and request to have my name withdrawn from the above referenced civil action.

    I have served a copy of these objections on counsel for the class this same date. If you have any questions or concerns, please contact me at the above listed address.

Sincerely yours, *William Hay*

William Hay

Smart Communications/PA DOC
William Hay HK-1864
SCI-Frackville
P.O. Box 33028
St. Petersburg, FL 33733

January 7, 2018           RE: Settlement Agreement
                                  Chimenti V. DOC - NO. 15 Civ. 3333

Su Ming Yeh, Esquire
Pennsylvania Institutional Law Project
718 Arch Street, Suite 3045
Philadelphia, PA 19106

Dear Ms. Yeh:

    I am writing to you to have my name removed from the above referenced civil action, and to lodge my written objections with the Court.

    I am requesting to have my name removed from this class action for the following reasons:

(a) I have been requesting treatment for this condition for a period of two (2) years, and have been ignored;

(b) If I agree to this settlement, I may continue to be denied treatment until I am sicker and liver damage has already stated to occur;

(c) In your letter urging me to accept this settlement (paragraph 4, line 3), you state that "left untreated, Hepatitis C can cause serious damage to my liver, other organs and possibly death." Yet, the agreement states that I must wait until I move from F0, F1 to F2, F3 or F4 before I can begin to receive treatment. The medical staff refuses to instruct me as to what level I am, but I do know that I have hepatitis C.

    Based on the fact that I will not begin to receive treatment until my disease progresses further, instead of receiving the treatment to prevent this from happening, I must respectfully withdraw from this agreement.

Please forward to me, at your earliest possible convenience, the documents showing that my name has been removed from this action and that my objections were lodged with the Court.

Thank you for your assistance and cooperation in this matter.

Sincerely yours,

William Hay

cc:  David Rudovsky, Esquire
   Clerk of Courts-United States District Court for the Eastern District

Smart Communications/PA DOC

William Hay HK-1864

SCI-Frackville

P.O. Box 33028

St. Petersburg, FL 33733

January 7, 2018  RE: Settlement Agreement

Chimenti V. DOC - NO. 15 Civ. 3333

David Rudovsky, Esquire

Hairys, Rudovsku, Messing, Feinberg & Lin

718 Arch Street, Suite 5015

Philadelphia, PA 19106

Dear Mr. Rudovsky:

I am writing to you to have my name removed from the above referenced civil action, and to lodge my written objections with the Court.

I am requesting to have my name removed from this class action for the following reasons:

(a) I have been requesting treatment for this condition for a period of two (2) years, and have been ignored;

(b) If I agree to this settlement, I may continue to be denied treatment until I am sicker and liver damage has already stated to occur;

(c) In your letter urging me to accept this settlement (paragraph 4, line 3), you state that "left untreated, Hepatitis C can cause serious damage to my liver, other organs and possibly death." Yet, the agreement states that I must wait until I move from F0, F1 to F2, F3 or F4 before I can begin to receive treatment. The medical staff refuses to instruct me as to what level I am, but I do know that I have hepatitis C.

Based on the fact that I will not begin to receive treatment until my disease progresses further, instead of receiving the treatment to prevent this from happening, I must respectfully withdraw from this agreement.

      Please forward to me, at your earliest possible convenience, the documents showing that my name has been removed from this action and that my objections were lodged with the Court.

      Thank you for your assistance and cooperation in this matter.

Sincerely yours,

William Hay

cc: Su Ming Yeh, Esquire
     Clerk of Courts-United States District Court for the Eastern District

SMART COMMUNICATIONS/PA DOC
WILLIAM HAY HK-1864
S.C.I. FRACKVILLE
P.O. BOX 33028
ST. PETERSBURG FlA.
33733

INMATE MAIL
PA DEPT OF
CORRECTIONS

Hasler
01/08/2019
US POSTAGE $000.47⁰



FIRST-CLASS MAIL

ZIP 17932
011E12650639

CLERK OF COURTS
U.S. DISTRICT COURT
EASTERN DISTRICT OF PA.
U.S. COURTHOUSE
601 MARKET ST.
PHILA. PA. 19406

D.M.S
X-RAY

1910601796 C019