

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE CHIMENTI, et al., | CIVIL ACTION NO: 15 Civ. 3333 |
| Plaintiffs, | |
| v. | Judge John R. Padova |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al. | (Filed via ECF) |
| Defendants. | |

FILED
FEB 07 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 7th day of February, 2019, upon consideration of the Joint Motion Seeking Final Approval of Class Action Settlement, and following a fairness hearing regarding this motion held on February 5, 2019, the Court hereby finds the following:

1. The Court finds that the Notice to the Class regarding the proposed Settlement Agreement was adequate.

2. The Court considered the objections and comments to the Settlement Agreement from approximately 93 prisoners, and the Court overrules the objections.

3. The Court evaluated the factors pursuant to Girsh v. Jepson, 521 F.2d 153 (3d Cir. 1975) and In re Prudential Ins. Co. Am. Sales Practice Litig. Agent Actions, 278 F.3d 175 (3d Cir. 2002), and finds that the Settlement Agreement is fair, reasonable, and adequate.

4. The Court reviewed the attorneys' fees pursuant to In re Prudential Ins. Co. Am. Sales Practice Litig. Agent Actions, and finds that the attorneys' fees are fair and reasonable.

Therefore, it is HEREBY ORDERED that:

1. The Joint Motion Seeking Final Approval of Class Action Settlement is GRANTED;

2. The Settlement Agreement is APPROVED pursuant to Federal Rule of Civil Procedure 23(e);

3. The attorneys' fees as outlined in the Settlement Agreement are GRANTED;

4. The Court expressly retains jurisdiction until June 30, 2022, as set forth in the Settlement Agreement, in order to enter any further orders that may be necessary or appropriate in administering or implementing the terms and provisions of the Settlement Agreement.

BY THE COURT:

_____
J.