Karlester Young, Sr. # AY6231
SCI-Phoenix
1200 Mohychic Drive
Collegeville, PA  19426

June 2, 2022

The Honorable John R. Padova
U.S. District Court
Eastern District of Pennsylvania
601 Market St., Room 2609
Philadelphia, PA 19106-1797

Dear Judge John R. Padova:

My name is Karlester Young, and I am a Pennsylvania state prisoner that is currently housed at SCI-Phoenix located in Montgomery county. I am writing you in reference to a "Settlement Agreement" made between the Department of Corrections and Salvatore Chimenti, et al. Civil No. 15-CV-3333

I too was similarly situated at SCI-Graterford when I was initially diagnosed with Chronic Hepatitis C Virus about ten (10) years ago. Since then I have not been treated for my Hepatitis C Virus, nor consistently monitored in any annual, quarterly, or bi-monthly manner. Unbeknown to me at the time, my Hepatitis C Virus symptoms were explained away as signs of aging, or with some other nonchalant explanation that sounded believable to someone who did not know such symptoms were related to the Hepatitis C Virus.

When I realized my various symptoms over the past five (5) years were all directly related to the Chronic Hepatitis C Virus, I reported to Phoenix's Medical Sick Call requesting to be treated in April 2022, and they have refused to treat me for my diagnosis of Chronic Hepatitis C Virus. They have only occasionally treated my symptoms with superficial treatments.

Therefore, please be advised that the Department of Corrections is formally in noncompliance with their so-called "Settlement Agreement."

I wish to be treated as soon as possible, please help me if you can, as you know, Hepatitis C causes irreparable damages over the course of time.

Thank you for time and assistance with this matter.

Sincerely,

*Karlester Young, Sr.*
Karlester Young, Sr.

cc: filed

RE: 15-CV-3333

Karlester Young, Sr. AY6231
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

The Honorable John R. Padova
U.S. District Court, Eastern District of Pennsylvania
601 Market St., Room 2609
Philadelphia, PA 19606-1797

RECEIVED JUN 6 2022 J.S.M.S.

"Inmate Mail - PA DEPT. OF CORRECTIONS"