# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE CHIMENTI, *et al.*, | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : |
| PA DOC, *et al.*, | : NO. 15-03333 |
| Defendants | : |

## ORDER

**AND NOW**, this 18th day of October, 2022, upon consideration of the Joint Stipulation for Dismissal and pursuant to Rule 41(a), it is hereby **ORDERED** that the Class Action Settlement Agreement is **TERMINATED** and this action is **DISMISSED**, thereby ending this Court's Jurisdiction over the case.

BY THE COURT:

/s/ John R. Padova
_____
JOHN R. PADOVA, J.